ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTOINETTE aka "ANTONIETA" MARIE NUNNELEY, in her individual capacity and as Trustee of the NUNNELEY A FAMILY TRUST;<br><br>        Defendants. | Case No.: 5:18-cv-00644-FMO-MRW<br><br>**ORDER RE STIPULATION [21] OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Fernando M. Olguin presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated : August 31, 2018  _____/s/_____
Fernando M. Olguin
United States District Judge